# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

ROBERT W. AVERY                                                                      PLAINTIFF
ADC # 652373

v.                                          5:13CV00378-JM-JJV

MARK CASHION, Warden,                                                     DEFENDANTS
Delta Regional Unit, ADC; *et al.*

## ORDER

  Having reviewed Plaintiff's Complaint (Doc. No. 2) for screening purposes only,[1] it now

appears service is appropriate for Defendants Cashion, Phillips, Davis, and Manning.

  IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for

Defendants Cashion, Phillips, Davis, and Manning. The United States Marshal shall serve a copy

of Plaintiff's Complaint (Doc. No. 2) and Summons on defendants in care of the Arkansas Board of

Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR

71612-0550, without prepayment of fees and costs or security therefore.

  IT IS SO ORDERED this 30th day of April, 2014.

                 _____
                 JOE J. VOLPE
                 UNITED STATES MAGISTRATE JUDGE

---

  [1]The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).