**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| **ROBERT W. AVERY** | **PLAINTIFF** |
| **ADC #652373** | |
| v. | Case No. 5:13-cv-00378-KGB-PSH |
| **MARK CASHION** *et al* | **DEFENDANTS** |

**ORDER**

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 53). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that plaintiff Robert W. Avery's claims against defendant Jessie M. Davis are dismissed without prejudice.

It is so ordered this 5th day of December, 2016.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE