# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROBERT W. AVERY**                                                                      **PLAINTIFF**

**v.**                         **Case No. 5:13-cv-00378-KGB-PSH**

**LARRY L. MANNING**                                                     **DEFENDANT**

## JUDGMENT

This matter came for trial by jury on the 15th day of July 15, 2019. Plaintiff Robert W. Avery appeared with his attorney Steven Ray Davis. Defendant Larry L. Manning appeared with his attorneys William C. Bird, III and Reid Phillip Adkins. All parties announced ready for trial. A jury of twelve was selected and sworn.

On July 15, 2019, the jury returned a verdict as follows:

# **VERDICT FORM**

On plaintiff Robert Avery's claim against defendant Larry Manning as submitted in Instruction No. 6, we find in favor of:

Larry Manning
_____
  (PLAINTIFF ROBERT AVERY)        or        (DEFENDANT LARRY MANNING)


__7/15/2019__                             __/s/ Russell Altom_____
DATED                                     FOREPERSON


**Note:**   Complete this section <u>only</u> if you found for Plaintiff Robert Avery in the above section. If you found for Defendant on the above **STOP HERE**.

We find plaintiff Robert Avery's damages to be:

$_____       (state the amount or, if you find that Mr. Avery's damages have no monetary value, you may award the nominal amount of One Dollar ($1.00), or if none, write the word "none")


_____                    _____
DATED                                 FOREPERSON


Judgment is therefore entered in favor of defendant Larry L. Manning and against plaintiff Robert W. Avery.

It is so ordered this 16th day of July, 2019.

_____
Kristine G. Baker
United States District Judge

2